

# THE ATTORNEY GENERAL
## OF TEXAS

AUSTIN 11, TEXAS

WAGGONER CARR
ATTORNEY GENERAL

July 27, 1965

Mr. Charles H. King, Jr.  
Commissioner  
Bureau of Labor Statistics  
Austin, Texas

Opinion No. C-470

Re: Whether, under the provi-
sions of Article 5159a, V.
C.S., city employees doing
plumbing work, under the
stated facts, must be paid
the prevailing wage scale.

Dear Mr. King:

You have requested an opinion of this office con-
cerning the above captioned question under the following set
of facts:

"A city in this State has recently
undertaken a project of installing rest
room facilities in several city parks.
The plumbing work on these facilities is
to be done by city employees and not by a
plumbing contractor. All of the proposed
work is new construction and not mainte-
nance."

Article 5159a of Vernon's Civil Statutes reads in
part as follows:

"Sec. 1. Not less than the general
prevailing rate of per diem wages for work
of a similar character in the locality in
which the work is performed, and not less
than the general prevailing rate of per
diem wages for legal holiday and overtime
work, shall be paid to all laborers, work-
men and mechanics employed by or on behalf
of the State of Texas, or by or on behalf
of any county, city and county, city, town,
district or other political subdivision of
the State, engaged in the construction of
public works, exclusive of maintenance
work. . . ." (Emphasis added.)

Under the clear and unambigious terms of the statute, it is clearly apparent that the city employees engaged in the construction of rest room facilities as outlined in the above stated facts must be paid the general prevailing wage rate as defined in Article 5159a.

### SUMMARY

Employees of a city, engaged in the construction of rest room facilities as set out in the stated facts must be paid the prevailing wage rate as defined in Article 5159a.

Yours very truly,

WAGGONER CARR
Attorney General of Texas

By: ROBERT W. NORRIS
Assistant Attorney General

RWN/ts/br

APPROVED

OPINION COMMITTEE

W. V. Geppert, Chairman
Roger Tyler
Charles B. Swanner
James Strock
John Reeves

APPROVED FOR THE ATTORNEY GENERAL
By: Hawthorne Phillips